## COMMONWEALTH *vs.* MICHAEL SHANNIHAN.

Worcester.    October 3. — 19, 1887.    C. ALLEN & KNOWLTON, JJ., absent.

A complaint on the Pub. Sts. *c.* 98, § 2, for unlawfully keeping open a shop on the Lord's day, need not negative the exceptions contained in the St. of 1887, *c.* 391, § 2.

COMPLAINT on the Pub. Sts. *c.* 98, § 2, alleging that the defendant, on July 24, 1887, the same being the Lord's day, at Worcester, " did unlawfully keep open his shop there situate, for the purpose of doing business therein, to wit, selling goods, wares, and merchandise therein on said Lord's day, as aforesaid, the same not being works of necessity or charity."

In the Superior Court, on appeal, before the jury were empanelled, the defendant moved to quash the complaint, " because nowhere in the complaint is it alleged that the defendant does not come within the exceptions mentioned in" the St. of 1887, *c.* 391, § 2.    *Pitman*, J., overruled the motion.

The jury returned a verdict of guilty; and the defendant alleged exceptions.

*J. E. Sullivan*, for the defendant.

*A. J. Waterman*, Attorney General, for the Commonwealth.

BY THE COURT.    This is a complaint under the Pub. Sts. *c.* 98, § 2, which prohibits the keeping open of a shop, warehouse, or workhouse on the Lord's day.    Section 2 of the St. of 1887, *c.* 391, makes certain exceptions to this general provision; but, according to the rule established in this Commonwealth, such exceptions need not be negatived in a complaint or indictment.    *Commonwealth* v. *Jennings*, 121 Mass. 47.    The complaint in this case sets forth a complete offence; if the defendant is within any of the exceptions, it is matter of defence.

*Exceptions overruled.*